1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIKIE ROSS HANSEN,

               Plaintiff,

   v.

STATE OF WASHINGTON,

               Defendant.

Case No. C12-777-RSM

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's motion to stay, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Plaintiff's motion to stay (Dkt. 4) is **DENIED**;

3. This matter is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted and for seeking monetary relief from an immune entity. 28 U.S.C. § 1915(e)(2)(B)(ii)–(iii); and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 23 day of July 2012.

                                                          RICARDO S. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE